UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACQUELINE D SIMON,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendants.

Case No. 23-cv-633-JPG

## JUDGMENT

This matter having come before the Court, and the Court having found it lacks subject matter jurisdiction,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed for lack of jurisdiction without prejudice.

**DATED: April 6, 2023**          **MONICA A. STUMP, Clerk of Court**
                                                          **s/Tina Gray, Deputy Clerk**


**Approved:**     **s/ J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**